

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MATTHEW CASAUS, | § | No. 08-12-00152-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| Appellee. | § | (TC# F-2011-0123-D) |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the clerk for the 362nd District Court of Denton County, Texas, to prepare a supplemental clerk's record containing a certified bill of costs pursuant to article 103.006 of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2006). The supplemental clerk's record must be filed electronically with this Court on or before June 16, 2014. If the clerk cannot furnish a certified bill of costs, a letter stating its absence from the record must be submitted in its place.

IT IS SO ORDERED THIS 6TH DAY OF JUNE, 2014.

PER CURIAM

Before McClure, C.J, Rivera, and Rodriguez, JJ.